

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
Byron Rogers Federal Building
1961 Stout Street, Ste. 1700
Denver, CO 80294

January 31, 2018

**VIA ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      *Re*: *United States Securities and Exchange Commission v. One or More Unknown Traders in the Securities of Bioverativ, Inc.*, Civil Action No. 18-CV-00701-JGK

Dear Judge Koeltl,

      On January 26, 2018, I initiated the instant action on behalf of the Securities and Exchange Commission ("SEC") and made an *ex parte* emergency application for an order to show cause, for an asset freeze, and for other relief. The SEC alleged that insider trading occurred just days earlier, prior to the January 22, 2018 announcement that Bioverativ, Inc. had entered into an agreement to be acquired for $105 per share by Sanofi S.A.

      I am admitted to, and in good standing with, the New York bar, but I am not yet admitted to the bar for the Southern District of New York. Thus, I expect to file a motion to appear Pro Hac Vice. The motion has not yet been filed because I am awaiting receipt of a recent Certificate of Good Standing from the New York Bar, which is required in order to appear Pro Hac Vice. *See* Local Civil Rule 1.3(c).

      My Certificate of Good Standing has been ordered and is expected to arrive later this week. I will file a motion to appear Pro Hac Vice immediately thereafter. Due to the exigency of the SEC's action and relief sought, this case was filed prior to my receipt of a Certificate of Good Standing and filing of a motion to appear Pro Hac Vice.

January 31, 2018
Page 2 of 2

        Respectfully submitted,

        /s/ Mark L. Williams
        Mark L. Williams (NY Bar No. 4796611)
        Senior Trial Counsel
        Attorney for Plaintiff
        SECURITIES AND EXCHANGE COMMISSION
        1961 Stout Street, 17th Floor
        Denver, Colorado 80294
        (303) 844-1027
        williamsml@sec.gov