UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br><br>ONE OR MORE UNKNOWN TRADERS IN THE SECURITIES OF BIOVERATIV, INC.,<br><br>Defendants. | 18-CV-00701-JGK<br><br>ECF CASE<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/29/2019 |

**[PROPOSED] ORDER**
**GRANTING SEC'S MOTION FOR EXPEDITED DISCOVERY**

On the Motion of Plaintiff Securities and Exchange Commission (the "SEC") for an order expediting discovery and providing for alternative service of process against Defendants, and having considered the entire record of this case, the Court grants the motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that in lieu of the time periods, notice provisions, and other requirements of Rules 26, 30, and 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, certain discovery shall proceed prior to the Rule 26(f) conferral (*see* Fed. R. Civ. P. 26(d)(1)), and shall proceed on the following expedited basis: (i) the SEC is authorized to take depositions upon oral examination subject to ten (10) business days' notice pursuant to Rule 30(a) of the Federal Rules of Civil Procedure; (ii) all depositions in this action, unless properly noticed to take place elsewhere, shall be taken within the United States; and (iii) the SEC is authorized to request the production of documents from non- parties, each of which shall produce documents requested by the SEC within ten (10) business days of service of such request. Service of any discovery pursuant to this Order may be made by

facsimile, e-mail, hand, overnight courier, or other method that is reasonably designed to ensure that a witness actually receives the subpoena. This Order does not resolve the issue of whether such service is permissible, constitutionally or pursuant to the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

Issued at :   4 : 48 p.m.

January 29, 2018 2019
New York, New York