

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**DENVER REGIONAL OFFICE**
**BYRON G. ROGERS FEDERAL BUILDING**
**1961 STOUT STREET, SUITE 1700**
**DENVER, COLORADO 80294-1961**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/4/19

DIVISION OF
ENFORCEMENT

(303) 844-1027
Williamsml@sec.gov

April 3, 2019

*Conference adjourned to Wednesday, July 31, 2019 at 4:30pm.*

*So ordered.*

*4/3/19*  /s/ JGK
                  U S D J

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:  *Securities and Exchange Commission v. One or More Unknown Traders in the Securities of Bioverativ, Inc.*, 18-cv-00701

Dear Judge Koeltl:

The SEC respectfully requests that the status conference scheduled for April 8, 2019, be continued until after June 24, 2019, the deadline in which the SEC is to amend and serve the summons and complaint.

By way of background, Defendants are alleged to have engaged in insider trading in advance of the January 22, 2018 announcement that French *société anonyme* Sanofi agreed to acquire all of the outstanding shares of Bioverativ, Inc. On January 26, 2018, the SEC filed a Complaint – against unnamed Defendants whose identities were not known at that time – and requested a temporary restraining order and asset freeze, which the Court granted the same day. *See* Doc. # 1. On February 9, 2018, the Court granted the SEC's request for a preliminary injunction. *See* Doc. # 14.

Most recently, on February 20, 2019, the SEC requested an additional 120 days to amend and serve the summons and complaint beyond the deadline of February 22, 2019. *See* Doc. # 33. The Court granted this request thereby extending the deadline to June 24, 2019. *See* Doc. # 34. On March 29, 2019, a status conference was scheduled for April 8, 2019, at 02:30 p.m. Consistent with my discussion with the Courtroom Deputy earlier today, the SEC respectfully requests the status conference be continued until after June 24, 2019. The Court's Order granting the SEC until June 24th to amend and serve the summons and complaint is attached. (Ex. A).

The Honorable John G. Koeltl
February 20, 2019

      To the extent the Court has questions or wishes to discuss the instant request, I or my co-counsel, Nicholas Heinke, are available for a teleconference at the Court's convenience.[1]

                                              Respectfully submitted,

                                              **s/ Mark L. Williams**
                                              Mark L. Williams

---

[1] Though it would pose some difficulty, I am able to appear in person on April 8, 2019 at 2:30pm. I am also available to appear in person at any time on April 10th, as I will be in Boston for a status conference on April 9th.

2