UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff,          18cv701 (JGK)

            - against -                         ORDER

ROLAND MATHYS,

                            Defendant.
_____

JOHN G. KOELTL, District Judge:

     The defendant shall respond in writing to this Order to

show cause for a default judgment by May 12, 2020. If the

defendant fails to respond by that date, judgment may be entered

against him and he will have no trial. The plaintiff may reply

by May 13, 2020.

     The plaintiff shall serve a copy of this Order to show

cause by May 6, 2020 and shall file proof of service by May 13,

2020. No personal appearances are required in connection with

this Order to Show Cause.

SO ORDERED.
Dated:     New York, New York
           May 4, 2020      _____/s/ John G. Koeltl_____
                                       John G. Koeltl
                             United States District Judge