**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**SECURITIES AND EXCHANGE COMMISSION,**

                                                    **18-cv-00701 (JGK)**

      - against -                             **ORDER**

**ROLAND MATHYS,**

               **Defendant.**

────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Court ordered the defendant to show cause for why a default judgment should not be entered against him. The Securities and Exchange Commission ("SEC") has filed proof of service, and no response has been submitted by the defendant. Therefore, the SEC is entitled to a default judgment against the defendant. The SEC should submit a proposed default judgment by November 9, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 10, 2020**

                                                    /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                         **United States District Judge**